[No. 5,822.—Department Two.]
February 5, 1881.

## CORNWALL *v.* DAVIS.

[No. 5,816.—Department Two.]
February 5, 1881.

## McPHERSON *v.* DAVIS.

The COURT:

On the authority of *Wakelee* v. *Davis, supra,* and cases there cited, the order is reversed.